NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## DECKERS OUTDOOR CORPORATION,
*Plaintiff-Appellee*

**v.**

## AUSTRALIAN LEATHER PTY LTD, ADNAN OYGUR, DBA EDDIE OYGUR,
*Defendants-Appellants*

---

2020-2166

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:16-cv-03676, Judge Manish S. Shah.

---

**JUDGMENT**

---

KENT RAYGOR, Sheppard Mullin Richter & Hampton LLP, Los Angeles, CA, argued for plaintiff-appellee. Also represented by VALERIE E. ALTER; JUSTIN R. GAUDIO, RIKALEIGH C. JOHNSON, PAUL G. JUETTNER, THOMAS JOSEPH JUETTNER, Greer, Burns & Crain, Ltd., Chicago, IL.

MARK RAY BAGLEY, Tolpin & Partners, PC, Chicago, IL, argued for defendants-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, MOORE and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 7, 2021 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |